CHARLES MILLER et al., as Executors of and Trustees under the Will of ARTHUR MOSER, Deceased, Respondents, *v.* MADELINE MOSER, Appellant, and ARTHUR M. MOSER et al., Respondents, Impleaded with Others.

(Argued December 4, 1931; decided January 5, 1932.)

*Harry W. Moore* for appellant.
*William J. Smith* for plaintiffs-respondents.
*Harry P. Solomon* for defendants-respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.